UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES E. WALTON,

    Plaintiff,

      v.                          CIV. NO. S-05-00604-DFL-KJM

THE CITY OF RIPON, et al.,

    Defendants.
_____/    NON-RELATED CASE ORDER

JAMES E. WALTON,

    Plaintiff,

      v.                          CIV. NO. S-03-2314-EJG-DAD-PS

SAM GALLEGO, et al.,

    Defendants.
_____/

    A Notice of Related Cases was filed concerning the above-captioned cases on March 30, 2005.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is issued for informational purposes only, and shall have no effect on the

status of the cases, including any previous Related (or Non-Related) Case Order of this court.

    IT IS SO ORDERED.

DATED: 4/14/2005

_____
DAVID F. LEVI
United States District Judge